# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 20, 2013

## NO. 03-12-00007-CV

**Alvie Campbell, Appellant**

**v.**

**Wells Fargo Bank, N.A., Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
## AFFIRMED -- OPINION BY JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on January 3, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.